**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARC A. MANZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:20-cv-01527-JSD |
| v. ) | |
| ) | |
| ST. CHARLES COUNTY, et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is Defendant St. Charles County's ("St. Charles County") Motion to Reconsider its Motion for Costs ("Motion") [ECF No. 137]. On December 18, 2024, St. Charles County filed a Motion/Bill of Costs with the Court [ECF No. 126]. On January 2, 2025, this Court denied that Bill of Costs because, under the circumstances of this case, it would be improper to reimburse St. Charles County for expenses from the Eastern District of Missouri's Non-Appropriated Fund [ECF No. 136]. In the instant Motion, St. Charles County asks this Court to reconsider its denial of St. Charles County's Bill of Costs on the grounds that it does not seek reimbursement of costs from the Eastern District of Missouri's Non-Appropriated Fund, but submitted its Bill of Costs as the prevailing party to be taxed against Plaintiff Marc A. Manzo ("Manzo") in accordance with Fed. R. Civ. P. 54(d)(1) and Local Rule 8.03(A)(1). Accordingly,

**IT IS HEREBY ORDERED** that this Court's January 2, 2025 Memorandum and Order [ECF No. 136] denying St. Charles County's Motion for Bill of Costs is **VACATED**.

**IT IS FURTHER ORDERED** that Manzo shall have up to and including **January 20, 2025** in which to respond to St. Charles County's Bill of Costs.

**IT IS FINALLY ORDERED** that St. Charles County shall have seven (7) days from the

filing of any response from Manzo to reply.

Dated this 6th day of January, 2025.

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**